```
LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BILL V. WILSON,<br><br>　　　　Defendant. | 2:08-CR-0466 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br><br>Time: 9:15 a.m.<br>Date: Tuesday, June 30, 2009<br>Court: Hon. Lawrence K. Karlton |

　　　The parties request that the Judgment and Sentencing currently set for Tuesday, May 19, 2009, at 9:15 a.m., be continued to Tuesday, June 30, 2009, at 9:15 a.m.

　　　On October 27, 2008, the defendant pleaded guilty to a superseding information charging four violations of Title 26. Defense counsel filed a sentencing memorandum on April 28, 2009, and has provided to the government financial records in support of his arguments in that memorandum.

　　　Government counsel has been in a trial since March 10, 2009. This trial was originally scheduled to conclude in late April. However, the trial has far exceeded that estimate and is now expected to continue through mid-June. Consequently, the

government has been unable to properly evaluate and respond to the defense submission.

In addition, based upon the materials provided by the defendant, there is a possibility that a sentencing hearing may be needed to resolve the defendant's objections in the Presentence Report regarding the loss amount. The additional time is necessary in order to permit the parties to discuss the issue and to determine if a sentencing hearing will be required.

The defendant is out of custody without conditions of release.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: May 15, 2009    By:  /s/ Kyle Reardon
                            KYLE REARDON
                            Assistant U.S. Attorney


DATED: May 15, 2009    By:  /s/ Kyle Reardon for
                            DANIEL HOROWITZ
                            Attorney for the Defendant

**ORDER**

The status conference in case number 2:08-0466 LKK, currently set for Tuesday, May 19, 2009, at 9:15 a.m., is continued to Tuesday, June 30, 2009, at 9:15 a.m.

IT IS SO ORDERED.

DATED: May 15, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT